ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 3:03 PM
CHRISTOPHER A. PRINE
CLERK

LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
Andrew B. Davis
andrew@lkcfirm.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 3:03:01 PM
CHRISTOPHER A. PRINE
Clerk

March 6, 2025

Christopher A. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711
512.463.1610

RE:    *AIRW et al. v. City of Georgetown,* No. 15-24-00132-CV

On February 21, 2025, this Court entered a letter stating that it "received notice from the court reporter responsible for preparing the record, indicating appellants have neither paid nor made satisfactory arrangements to pay for the reporter's record, and that no order has been entered by the trial court to release the exhibits." The letter accordingly requested that appellants "provide this Court with written documentation showing that "[p]ayment has been made or payment arrangements have been made."

Appellant AIRW writes now to inform the Court that it has submitted payment in full and the reporter has confirmed receipt via email. Exh. A. The delay in payment was a function of not having an order entered in the district court allowing release of the administrative record. The reporter informed AIRW that it could not process the record until that order was entered and could only estimate costs. Exh. A. Once the district court entered the order releasing the record, *see* Exh. B, the reporter confirmed the final amount due, AIRW submitted payment, and the reporter confirmed receipt of payment. Exh. A.

Sincerely,

*/s/ Andrew B. Davis*
Andrew B. Davis

cc: All counsel of record

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 6, 2025, to all counsel of record.

*/s/ Andrew B. Davis*
Andrew B. Davis

2

Exhibit A

**Andrew Davis**

| | |
|---|---|
| **From:** | Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov> |
| **Sent:** | Wednesday, March 5, 2025 7:23 PM |
| **To:** | Andrew Davis; Katie Smith |
| **Subject:** | Re: D-1-GN-23-001004 APPEAL |

Confirmed.

Thank you,

*Jacklyn Gonzales, CSR*
*Official Court Reporter*
*Family Court*
*The Honorable Bradley Temple*
*Travis County Civil and Family Courts Facility*
*1700 Guadalupe Street, Courtroom 11-A*
*Austin, Texas 78701*
*Phone:  (512) 854-5561*
Email:  jacklyn.gonzales@traviscountytx.gov

**From:** Andrew Davis <andrew@lkcfirm.com>
**Sent:** Wednesday, March 5, 2025 2:57 PM
**To:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>; Katie Smith <ksmith@lkcfirm.com>
**Subject:** [CAUTION EXTERNAL] RE: D-1-GN-23-001004 APPEAL

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Jacklyn:

Can you please confirm receipt of the full amount. Thank you in advance.

Regards,

Andrew

**From:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Sent:** Monday, March 3, 2025 9:22 AM
**To:** Katie Smith <ksmith@lkcfirm.com>
**Cc:** Andrew Davis <andrew@lkcfirm.com>
**Subject:** Re: D-1-GN-23-001004 APPEAL

Good morning,

Yes, I can confirm that was received.

Thank you,

*Jacklyn Gonzales, CSR*
*Official Court Reporter*
*Family Court*
*The Honorable Bradley Temple*
*Travis County Civil and Family Courts Facility*
*1700 Guadalupe Street, Courtroom 11-A*
*Austin, Texas 78701*
*Phone:  (512) 854-5561*
Email:  jacklyn.gonzales@traviscountytx.gov

---

**From:** Katie Smith <ksmith@lkcfirm.com>
**Sent:** Monday, March 3, 2025 6:31 AM
**To:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Cc:** Andrew Davis <andrew@lkcfirm.com>
**Subject:** [CAUTION EXTERNAL] Re: D-1-GN-23-001004 APPEAL

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Hello Jacklyn,

I am following up to confirm this Venmo was received so we can submit the additional funds to you.

Thank you,
**Katie Smith** | LEHOTSKY KELLER COHN | 410.212.5312

---

**From:** Katie Smith <ksmith@lkcfirm.com>
**Date:** Thursday, February 27, 2025 at 11:05 PM
**To:** Jacklyn.Gonzales@traviscountytx.gov <Jacklyn.Gonzales@traviscountytx.gov>
**Cc:** Andrew Davis <andrew@lkcfirm.com>
**Subject:** Re: D-1-GN-23-001004 APPEAL

Hello Jacklyn,

Can you please confirm if you successfully received the $1 test Venmo transaction we sent around 5:45pm Eastern this evening from @scotkeller.

Thank you,

**From:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Sent:** Wednesday, February 26, 2025 1:17 AM
**To:** Andrew Davis <andrew@lkcfirm.com>
**Subject:** Re: D-1-GN-23-001004 APPEAL

Yes, the last quote is based on having the order signed.  So it is the same.  Unfortunately, I have other appeals/orders before yours, so I will be requesting the 30 days.  I can almost guarantee I will not take that long, but just to not set anybody up for failure.

As you can tell by the timing of this e-mail, I am working around the clock to get all orders in as soon as possible, but after being in court on the record all day, there are only so many hours left in the day to work on transcripts, other admin duties, and personal life or lack thereof due to the workload.  It's finally catching up to me, so having to work a little slower these days and cannot promise anything sooner.

Thank you,

*Jacklyn Gonzales, CSR*
*Official Court Reporter*
*Family Court*
*The Honorable Bradley Temple*
*Travis County Civil and Family Courts Facility*
*1700 Guadalupe Street, Courtroom 11-A*
*Austin, Texas 78701*
*Phone:  (512) 854-5561*
Email:  jacklyn.gonzales@traviscountytx.gov

**From:** Andrew Davis <andrew@lkcfirm.com>
**Sent:** Tuesday, February 25, 2025 5:37 PM
**To:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Subject:** [CAUTION EXTERNAL] RE: D-1-GN-23-001004 APPEAL

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Jacklyn:

We now have a signed order releasing the electronic record. Can you please let me know the final cost, and we will make payment in full. We will then also let the Fifteenth Court know about the order and our payment. Also, if you have an estimate of how long this will take to pull the record together and submit to the Fifteenth Court, I would appreciate it.

Regards,

Andrew Davis

---

**From:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Sent:** Tuesday, February 4, 2025 12:16 AM
**To:** Andrew Davis <andrew@lkcfirm.com>
**Subject:** Re: D-1-GN-23-001004 APPEAL

<mark>The cost estimate for this record is $1,000, which is what will be due in full</mark>.

I will send the transcript via PDF to this e-mail, unless another one is provided, as soon as it's finished.  I accept payment via Zelle, Venmo, or check by mail.  Transcripts will not be released until payment is received in full.

<mark>Zelle:</mark> jacklynrgonzales@yahoo.com (last four digits - 1334)

<mark>Check:</mark>  Please note production/turnaround time will not begin until check is in hand.
**Make check out to**:  Jacklyn Gonzales (**ONLY PUT MY NAME HERE AND NOT THE ADDRESS WHERE YOU ARE SENDING THE CHECK TO, PLEASE.  THE ADDRESS LISTED BELOW IS ONLY <u>WHERE</u> TO SEND THE CHECK, NOT WHO TO MAKE IT OUT TO.  WRITE THE ADDRESS BELOW ON THE <u>ENVELOPE ONLY</u>.  BLANK ENVELOPES GET LOST.**)
**Send check to:**  Travis County Courthouse ATTENTION: JACKLYN GONZALES, COURT REPORTER FOR JUDGE B. TEMPLE <mark>(Please note I have moved courts and have a new mailbox)</mark>
P.O. Box 1748
Austin, Texas 78767
<u>If you wish to drop the check off in person</u>, you may do so on the 4th floor with Ms. Laura Gomez, Room  4.700, at 1700 Guadalupe Street, Austin, Texas 78701.  Please do not drop it off in the courtroom, as we may be in the middle of a hearing or working remotely.

<mark>Venmo:</mark>  @Jacklyn-Gonzales-1 (last four digits - 1334)*DO NOT SWITCH THE "TURN ON FOR PURCHASES" OPTION OR YOU WILL BE CHARGED THE FEE TAKEN OUT.
**\*It is always recommended to send $1.00 first as a test to ensure you have the right account\***

(Parties will be responsible for any fees for any money apps.  I have chosen the above apps, as I haven't come across any fees for those so far.  Please note I did not list PayPal for this reason.)

Thank you,

*Jacklyn Gonzales, CSR*
*Official Court Reporter*

*Family Court*
*The Honorable Bradley Temple*
*Travis County Civil and Family Courts Facility*
*1700 Guadalupe Street, Courtroom 11-A*
*Austin, Texas 78701*
*Phone: (512) 854-5561*
Email: jacklyn.gonzales@traviscountytx.gov

---

**From:** Andrew Davis <andrew@lkcfirm.com>
**Sent:** Wednesday, January 29, 2025 5:18 PM
**To:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Subject:** [CAUTION EXTERNAL] RE: D-1-GN-23-001004 APPEAL

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Jacklyn:

I do not believe that Judge Eiserloh has entered the order discussed below. I plan to call over to check on this tomorrow. The reporter's record is due January 31, 2025 per the 15th Court's order. Am I correct in assuming that the record will be delayed until the order is entered? Or would you take a different step to send the reporter's record to the appellate court if the order is not entered before then?

--Andrew

---

**From:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Sent:** Wednesday, January 8, 2025 9:29 AM
**To:** Andrew Davis <andrew@lkcfirm.com>
**Subject:** Re: D-1-GN-23-001004 APPEAL

Perfect. Please send that over to me once completed. I just need to make sure it's done before giving you a quote for the record because that step determines if I will be creating 1 or 3 volumes. If I can send both exhibits up, there will be no need for any extra volumes.

Thank you,

*Jacklyn Gonzales, CSR*
*Official Court Reporter*
*Family Court*
*The Honorable Bradley Temple*
*Travis County Civil and Family Courts Facility*
*1700 Guadalupe Street, Courtroom 11-A*
*Austin, Texas 78701*
*Phone: (512) 854-5561*
Email: jacklyn.gonzales@traviscountytx.gov

**From:** Andrew Davis <andrew@lkcfirm.com>
**Sent:** Monday, January 6, 2025 9:42 AM
**To:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Subject:** [CAUTION EXTERNAL] RE: D-1-GN-23-001004 APPEAL

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Thank you, Jacklyn. We have now filed the requested proposed agreed order (and motion for entry of the order).

--Andrew

**From:** Jacklyn Gonzales <Jacklyn.Gonzales@traviscountytx.gov>
**Sent:** Thursday, December 26, 2024 12:25 PM
**To:** Andrew Davis <andrew@lkcfirm.com>
**Subject:** D-1-GN-23-001004 APPEAL

Good afternoon,

I will get you an estimate for the transcript sometime this week, but first I will need to get some other things in order.

There was both a Joint Exhibit 1 (the flash drive) AND a Joint Exhibit 2 (the paper notice).  I will need the parties to circulate an agreed order stating that both the original exhibits may be delivered to the COA.  Once that is completed, I can move forward.

Thank you,

*Jacklyn Gonzales, CSR*
*Official Court Reporter*
*455th District Court*
*Travis County Civil and Family Courts Facility*
*1700 Guadalupe Street, Courtroom 11-C*
*Austin, Texas 78701*
*Phone:  (512) 854-5561*
Email:  jacklyn.gonzales@traviscountytx.gov

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination,

distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

Exhibit B

## CAUSE NO. D-1-GN-23-001004

| | | |
|---|---|---|
| **City of Georgetown, Texas** | § | **In the District Court of** |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| **vs.** | § | |
| | § | **Travis County, Texas** |
| **Texas Commission on** | § | |
| **Environmental Quality,** | § | |
| | § | |
| *Defendant*, | § | **261st Judicial District** |
| | § | |
| **and** | § | |
| | § | |
| **AIRW 2017-7, L.P., 600** | § | |
| **Westinghouse Investments, LLC,** | § | |
| **and 800 Westinghouse Investments,** | § | |
| **LLC,** | § | |
| *Intervenor-Defendants* | § | |

### AGREED ORDER RELEASING THE ADMINISTRATIVE RECORD

On this day, the Court considered the parties' joint request to have Joint Exhibit 1, the original administrative record in the above-captioned case released to the Texas Court of Appeals, 15th Appellate District, where this matter is currently pending. The administrative record of the administrative proceeding under Judicial Review was previously filed with the Travis County District Clerk's Office, pursuant to the Texas Government Code, and was subsequently admitted as Joint Exhibit 1. The parties likewise jointly request to have Joint Exhibit 2 released to the appellate court. Joint Exhibit 2 is a paper notice of the filing of the administrative record and included the administrative record's index and certification.

The Court finds that the requests should be GRANTED.

IT IS THEREFORE ORDERED that the administrative record filed in the above-captioned case (Joint Exhibit 1) and the paper notice of the filing of the administrative record (Joint Exhibit 2), be released to the Court Reporter, and that she is hereby further ordered to include these records as part of the Court Reporter's record when it is provided to the Court of Appeals, Fifteenth Appellate District, under Cause No. 15-24-00132-CV, once all other legal requirements have been duly satisfied.

SIGNED this ___ day of January, 2025.

Date: February 25, 2025

_____
JUDGE PRESIDING
LAURIE EISERLOH

2

**As agreed:**

_____

Andrew B. Davis
LEH0TSKY KELLER COHN LLP
andrew@lkcfirm.com
Helen Gilbert
BARTON BENSON JONESPLLC
hgilbert@bartonbensonjones.com
Edmond McCarthy
MCCARTHY & MCCARTHY, LLP
ed@ermlawfirm.com
**Counsel for Intervenors**
**AIRW 2017-7, L.P., 600 Westinghouse Investments, LLC,**
**and 800 Westinghouse Investments, LLC**

_____

William A. Faulk III
SPENCER FANE, LLP
cfaulk@spencerfane.com
**Counsel for Plaintiff, City of Georgetown**

_____

Sara J. Ferris
OFFICE OF THE ATTORNEY GENERAL
sara.ferris@oag.texas.gov
**Counsel for Defendant Texas Commission on Environmental Quality**

_____

John J. Carlton
THE CARLTON LAW FIRM, PLLC
john@carltonlawaustin.com
**Counsel for Intervenor Jonah Water Special Utility District**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Davis on behalf of Andrew Davis
Bar No. 24082898
andrew@lehotskykeller.com
Envelope ID: 98160084
Filing Code Description: Letter
Filing Description: Response to Court's Feb. 21, 2025 Letter
Status as of 3/6/2025 3:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 3/6/2025 3:03:01 PM | SENT |
| William Thompson | 24088531 | will@lkcfirm.com | 3/6/2025 3:03:01 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 3/6/2025 3:03:01 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 3/6/2025 3:03:01 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 3/6/2025 3:03:01 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 3/6/2025 3:03:01 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 3/6/2025 3:03:01 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 3/6/2025 3:03:01 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 3/6/2025 3:03:01 PM | SENT |
| Erin  K.Snody | | Erin.Snody@oag.texas.gov | 3/6/2025 3:03:01 PM | SENT |
| Maris Chambers | | MChambers@spencerfane.com | 3/6/2025 3:03:01 PM | SENT |
| Andrew Davis | | andrew@lkcfirm.com | 3/6/2025 3:03:01 PM | SENT |
| John Carlton | | john@carltonlawfirm.com | 3/6/2025 3:03:01 PM | SENT |
| Kelli Carlton | | kelli@carltonlawfirm.com | 3/6/2025 3:03:01 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 3/6/2025 3:03:01 PM | SENT |
| Erin Selvera | | erin@carltonlawfirm.com | 3/6/2025 3:03:01 PM | SENT |
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 3/6/2025 3:03:01 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 3/6/2025 3:03:01 PM | SENT |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 3/6/2025 3:03:01 PM | SENT |